Now we'll hear from Mr. Seck. Morning. Good morning, Your Honor. May I please the court? My name is Abdullahi Seck. I'm a Proceed Appealant for Case No. 16-3251. Honorable Judges, My case was dismissed by the District Court on June 38, 2016. But I believe that the dismissal should be reversed because the lower court made a mistake. Because in the last couple of weeks, a new development in the case happened, and I can prove that my employer fraudulently concealed my July 2005 work injury and did not report it to the Workers' Compensation Board. And they only had 10 days from the date of the accident in 2005 to report it. The reason why I filed a complaint is because I had a pre-existing case, and after they concealed my injury, two years later, they dismissed me, and I became totally disabled. And since I had a pre-existing case, and because of the misrepresentation, I thought that I didn't have any right to my old Workers' Compensation Board. Ten years later, back in February 2015, I wrote a letter to the Workers' Compensation Board, and I had a hearing. The judge told the carrier that, look, this person was disabled and chose to be rehabilitated, and he went back to work and became disabled, and he never settled his case. You guys have to pay him in pension, and the judge did rule in my favor. But the carrier appealed the case and asked the Workers' Compensation Board to investigate my last employer, but the Workers' Compensation Board didn't. Even I wrote a letter, it's on Exhibit 40, to Judge Prescott to ask her, please, to contact the Workers' Compensation Board, because I'm sure that they concealed my injuries. But, Your Honor, suddenly on August 4, they report my injuries to the Workers' Compensation Board, and I have the proof, it's on Document 50. And back in 2005, July 2005, the C2, they were supposed to file on the C2, the law is on the C2, Section 110 stated, if the injury is serious, the employee must report it to the insurer, and to the Workers' Compensation Board. But they never did, because they knew that I didn't know my disability rights, and I was a yes-sir person who only cared about working, and I agreed. I told them, okay, I have a private insurance, I'm going to use it. But it was a mistake. But you were terminated in 2007, not in 2005. Isn't that correct? I was sentenced in 2007. While my health was declining. And they conspired against me by e-mail to terminate me, Your Honor. But since I didn't know my rights, and thought that I was an at-will employee, I didn't know my rights. I agreed that I didn't know my disability or civil rights. I didn't know any of my rights, Your Honor. But you didn't bring a suit, assuming because you didn't know your rights, until 2017? No, until 2015. So that's 10 years. The state insurance firm is the one who asked the board to investigate my last employee to see if I reported any injury or if I was injured. I told them, yes, I did, and I reported it in writing. But the board never investigated the matter. I wrote a letter myself to the Attorney General, and I wrote a letter to the Inspector General, but, you know, there was no follow-up. Mr. Sack, I want to assure you that we read the papers that you filed with us, and the opposition papers as well, and your time has expired. Thank you, Your Honor. We'll take it under advisement. Yes, in case... Yes, thank you, Your Honor. Thank you very much.